**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6066

JARICE ROYAL,

Plaintiff – Appellant,

v.

BHAGIRDATH, Sergeant, Supervisor; M. K. RIGGAN, Lieutenant;
LANSEN, MJO; P. WILLIAMS, Ms., MJO; P. L. P. ROBBINS,
Ms./Mr.; CAPTAIN HATCHETT, Ms.; ASS, Ms./Mr.; M. POLLARD,
Superintendent, Lt. Col.; SERGEANT JOHNSON, Mr.; E. TAYLOR,
Major, Mr.; JOHNSON, MJO, Mr.; MURPHY, MJO, Mr.; MADISON,
Sergeant, Mr.; IMMANUEL, Nurse, Ms.,

Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (1:09-cv-00835-GBL-JFA)

Submitted: July 22, 2010                 Decided: July 30, 2010

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jarice Royal, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jarice Royal appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Royal v. Bhagirdath, No. 1:09-cv-00835-GBL-JFA (E.D. Va. Dec. 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2